The Honorable Tiffany M. Cartwright

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JACQUELYN and TONY JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:24-CV-05563-TMC<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS** |

THIS MATTER came before the Court on the Parties' stipulated motion to dismiss. The Court, being fully advised of the same, hereby ORDERS THAT the above-captioned action and all claims asserted therein by Plaintiffs against Defendant Allstate Property and Casualty Insurance Company are dismissed with prejudice and without attorneys' fees or costs to any party.

SO ORDERED this 23rd day of October, 2024.

_____
Honorable Tiffany M. Cartwright

Presented by:

FOX ROTHSCHILD LLP


s/ Bryan J. Case
Bryan J. Case, WSBA #41781
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: 206.624.3600
Facsimile: 206.389.1708
Email: bcase@foxrothschild.com

*Attorneys for Defendant Allstate Property and Casualty Insurance Company*


MALONEY LAUERSDORF REINER, PC


s/ Candice J. Martin
Candice J. Martin, WSBA #48540
1111 E. Burnside Street, Ste. 300
Portland, OR 97214
Ph. 503.245.1518
Email: cjm@mlrlegalteam.com

*Attorneys for Plaintiffs*